UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS MUNOZ,<br><br>     Plaintiff<br><br>v.<br><br>ZORBA GROUP, INC., RAZAN ZARBA and HANAN ZARBA,<br><br>     Defendants. | Case No.: **CV 13-01779 HRL**<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-2(d)** |

BASED ON PLAINTIFFS' MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**August 20, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**August 27, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement
- Last Day to File Magistrate Consent Form

3

**MOTION TO CONTINUE INITIAL CMC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**September 3, 2013**

- Initial Case Management Conference in Courtroom 2, 5th Floor, San Jose Courthouse at 1:30 p.m.

IT IS SO ORDERED

DATED: July 16, 2013          By: _____
                                   Hon. HOWARD R. LLOYD
                                   United States Magistrate Judge

4

**MOTION TO CONTINUE INITIAL CMC**