UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLALOBOS MUNOZ,<br><br>    Plaintiff<br><br>    v.<br><br>ZORBA GROUP, INC., RAZAN ZARBA and HANAN ZARBA,<br><br>    Defendants. | Case No.: **CV 13-01779 HRL**<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-2(d)** |

BASED ON PLAINTIFFS' MOTION TO CONTINUE, THE COURT'S FILE AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 Deadlines are continued as follows:

**August 20, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ARD Process or Notice of Need for ADR Phone Conference.

**August 27, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement
- Last Day to File Magistrate Consent Form

**MOTION TO CONTINUE INITIAL CMC**

**September 3, 2013**

- Initial Case Management Conference in Courtroom 2, 5th Floor, San Jose Courthouse at 1:30 p.m.

IT IS SO ORDERED

DATED:  July 16, 2013                By: _____
                                                    Hon. HOWARD R. LLOYD
                                                    United States Magistrate Judge

**MOTION TO CONTINUE INITIAL CMC**