**\*E-Filed: November 5, 2013\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE VILLALOBOS MUNOZ,<br><br>  Plaintiff,<br>  v.<br><br>ZORBA GROUP, INC, ET AL.,<br><br>  Defendants. | No. C13-01779 HRL<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING STATUS CONFERENCE** |

In view of the Court's order granting the motion to withdraw as counsel of record for plaintiff on November 5, 2013, the Initial Case Management Conference currently set for the same day is VACATED. Plaintiff is ordered to appear in person for a Status Conference on **Tuesday December 10, 2013 at 1:30 p.m.** in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California.

Plaintiff is cautioned that if he fails to appear, this case may be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If Plaintiff has any questions about this order, he is encouraged to contact the Federal Legal Assistance Self-Help Center (FLASH) at 408-297-1480.

**IT IS SO ORDERED.**

Dated: November 5, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-01779 HRL Notice will be electronically mailed to:**

Huy Ngoc Tran    huy@lacasalegal.com

Tomas Eduardo Margain    Tomas@jawlawgroup.com, brisa@jawlawgroup.com, huy@jawlawgroup.com, margainlaw@hotmail.com, oriana@jawlawgroup.com, phung@jawlawgroup.com

**C13-01779 HRL Notice will be mailed to:**

Matthew Angell
1700 N. Broadway, Ste. 310
Walnut Creek, CA 94596

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2