*E-Filed: December 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE VILLALOBOS MUNOZ,<br><br>    Plaintiff,<br>  v.<br><br>ZORBA GROUP, INC., ET AL.,<br><br>    Defendants.<br>_____/ | No. C13-01779 HRL<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

On November 5, 2013, this Court held a hearing on plaintiff's counsel's motion to withdraw as attorney of record. Counsel alleged that plaintiff missed several scheduled meetings and refused to return his phone calls. Plaintiff did not file an opposition to the motion nor appear at the hearing. The Court granted the motion and ordered plaintiff to appear at a Status Conference on December 10, 2013, at 1:30 p.m. Plaintiff was cautioned that failure to appear at the Status Conference could lead to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Nevertheless, plaintiff did not appear.

Because of plaintiff's continued failure to take the necessary steps to prosecute his own case, the Court is prepared to dismiss plaintiff's case for failure to prosecute. Plaintiff shall appear on **January 7, 2014, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. Plaintiff shall file a Statement in response to this Order to Show Cause no later than **December 31, 2013**. Plaintiff's failure to appear at the hearing will serve as further grounds for dismissing the case.

**IT IS SO ORDERED.**

Dated: December 10, 2013



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-01779 HRL Order will be mailed to:**

Thomas Margain
Huy Tran
84 W. Santa Clara St., Ste. 790
San Jose, CA 95113

Jose Villalobos Munoz
399 Smalley Avenue
Hayward, CA 94541

Matthew Angell
1700 N. Broadway, Ste. 310
Walnut Creek, CA 94596